distribution in accordance with the directions of the will, with costs to the objector, payable out of the estate. All concur.

CATSKILL SAVINGS BANK, Respondent, v. HARRIET W. POST, Appellant, and Others.— Judgment affirmed, with costs. All concur, except McNamee, J., who dissents on the ground that the language of section 183 of the Civil Practice Act is specific and mandatory that an action of foreclosure must be tried in the county where the property is located.

T. J. McGANN, as Receiver of the Property of JOHN SKOCZYLAS and ANTHONY MICHAELSKI, Judgment Debtors, in Proceedings Supplementary to Execution upon the Application of JOSEPH GRUSKA, Judgment Creditor, under a Judgment Recovered in an Action Entitled " Supreme Court, County of Albany, N. Y., JOSEPH GRUSKA, Plaintiff, against JOHN SKOCZYLAS and ANTHONY MICHAELSKI," Respondent, v. COHOES SAVINGS BANK, Defendant, and TEKLA SKOCZYLAS, Who Sometimes Uses the Assumed Name of TEKLA DYRBJCA, Appellant.— Judgment unanimously affirmed, with costs.

In the Matter of the Application of THE NEW YORK EDISON COMPANY, Petitioner, for a Certiorari Order against MILO R. MALTBIE and Others, Constituting the Public Service Commission, etc., Defendants. AMERICAN WOMAN'S REALTY CORPORATION, Defendant, Intervenor.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

ADAH M. LAVENTALL and Another, Respondents, v. HARRY POMERANTZ and Others, Defendants.— Motion for stay granted, unless plaintiff sets up a fund sufficient to cover the tax liens claimed by appellants; if such fund is set up the motion is denied. Present — Hill, P. J., Rhodes, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH MARK, Relator, v. Hon. ERSKINE C. ROGERS, Supreme Court Justice, Hudson Falls, N. Y., and JOHN J. BENNETT, JR., Attorney-General, Albany, N. Y.— Prayer for a peremptory order of mandamus denied, and petition dismissed, without prejudice to application for a new writ of habeas corpus. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

GORDON SUMMERS, Appellant, v. CARL WINTERS, SR., and CARL WINTERS, JR., Respondents.— Motion denied. Typewritten texts on back of photographs are not regarded as a part of the exhibits. Leave granted to respondents to prepare similar memorandums, outlining their claim as to the exhibits. Hill, P. J., Rhodes and Heffernan, JJ., concur; Crapser and Bliss, JJ., dissent and vote to strike out statements on the exhibits.

EVA STUPELL, Landlord, Appellant, v. ADOLPH GREEN, Tenant, and ROCKWOOD CATERING CO., INC., Undertenant, Respondents.— Motion to dismiss appeal denied, with ten dollars costs. (See *Matter of Soop* v. *Burhans*, 183 N. Y. 227.) Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ALICE MacLEAN, as Administratrix with the Will Annexed, etc., of MARGARET CHURCHILL, Deceased, v. ALDEN HART.— The XIIIth new conclusion of law in the order is amended to read as follows: " XIII. That the judgment of the trial court herein should be reversed on the law and facts and judgment rendered for the defendant *nunc pro tunc* as of May 21, 1932, the day upon which said appeal was resubmitted to this court pursuant to the order for reargument in this cause, dismissing the plaintiff's complaint herein on the merits, except as to the provisions of the judgment of the trial court as to the claims or items of claim for $3,344.66